UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No. 01-2709

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| vs. | * | District Court for the |
| | * | District of Minnesota |
| Antoine Donnell Morish, | * | |
| | * | |
| Appellant. | * | |

JUDGMENT

In this direct criminal appeal, appellant's counsel advised the court that appellant wished to withdraw his appeal and would not be filing a brief. The court made several unsuccessful attempts to contact appellant's counsel to obtain appellant's signature consenting to the withdrawal, in compliance with the court's rules. Further, counsel failed to respond to the court's show cause order why the appeal should not be dismissed for failure to prosecute.

Based on the record before the court, the court shall treat the appeal as abandoned. The appeal is therefore dismissed.

(5361-010199)

May 16, 2003

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit

----------------------VIA TRANSMISSION------------------------

United States Court of Appeals for the Eighth Circuit
Circuit Clerks Office
Voice: 314-244-2400 Fax..: 314-244-2780

Confidential: This Fax/E-mail and any files transmitted with it are the property of the U.S. Courts, are confidential, and are intended solely for the use of the individual or entity to whom this Fax/E-mail is addressed. If you are not one of the named recipient(s) or otherwise have a reason to believe that you have received this message in error, please notify the sender at 314-244-2400 and delete/destroy this message immediately. Any other use, retention, dissemination, forwarding, printing, or copying of this Fax/E-mail is strictly prohibited.



**EXHIBIT A**