UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 00-317 DSD

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ANTOINE DONNELL MORISH, Defendant. | ) | **MOTION FOR RESENTENCING PURSUANT TO 18 U.S.C. § 3582(c)(2)** |

The defendant, Antoine Donnell Morish, respectfully moves the Court to reduce his term of imprisonment pursuant to 18 U.S.C. § 3582(c)(2) from 151 to 97 months. The retroactive application of the amended November 1, 2007 Sentencing Guidelines for crack cocaine offenses make Mr. Morish eligible for release from BOP custody prior to his current release date upon resentencing. The sentencing factors in this case are straightforward. Mr. Johnson's original guideline range was based on a total offense level 34 and a criminal history category I, resulting in a guideline range of 151 to 188 months. Applying the November 1, 2007, crack cocaine guideline amendments reduces Mr. Morish's total offense level from 34 to level 30, resulting in new guideline range of 97-121 months. The four level swing is a product of the mathematical adjustments called for at U.S.S.G. §2D.1, Application Note 10 (D). The calculation results in a reduction in sentence of 54 months.

Mr. Morish has a current BOP release date of May 28, 2012; with a sentencing reduction of 54 months he would be eligible for release from BOP custody in early 2009. Accordingly, Mr. Morish moves the Court to issue an Order reducing his sentence. A proposed Order is enclosed for the Court's convenience.

Dated: April 3, 2008

Respectfully submitted,

*s/Lyonel Norris*

LYONEL NORRIS
Attorney ID 165888
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415