UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 00-317(DSD)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO REDUCE SENTENCE |
| v. | ) | |
| ANTOINE DONNELL MORISH, Defendant. | ) | |

The United States of America, by and through its attorneys, Frank J. Magill, Jr., Acting United States Attorney for the District of Minnesota, and David Steinkamp, Assistant United States Attorney, hereby submits its response to Antoine Morish' Motion for Reduced Sentence.

The government does not oppose a reduced sentence under Section 3582(c)(2). Based upon the recent retroactive reductions to the sentencing guidelines the government agrees that the defendant's sentence should be reduced to 97 months.

Dated: June 3, 2008

Respectfully submitted,

FRANK J. MAGILL, JR.
Acting United States Attorney

s/ David P. Steinkamp

BY: DAVID STEINKAMP
Assistant U.S. Attorney