# UNITED STATES DISTRICT COURT

for the

District of Minnesota

United States of America
v.
Antoine Donnell Morish

Case No: 00-317(1)(DSD)
USM No: 09659-041

Date of Previous Judgment: 06/21/2001
(Use Date of Last Amended Judgment if Applicable)

Lyonel Norris
Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of June 21, 2001 months **is reduced to** 97 months .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 34 | Amended Offense Level: | 30 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 151 to 188 months | Amended Guideline Range: | 97 to 121 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated 06/21/2001 shall remain in effect.

**IT IS SO ORDERED.**

Order Date: 06/05/2008

s/David S. Doty
Judge's signature

Effective Date: ____________
(if different from order date)

David S. Doty, U.S. District Judge
Printed name and title