PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JUL 16 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

for the

**DISTRICT OF MINNESOTA**

**United States v. Antoine Donnell Morish**

**Docket No. 0:00CR00317-001(DSD)**

**Petition on Supervised Release**

COMES NOW Richard W. Hermes, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Antoine Donnell Morish who was sentenced for Possession with Intent to Distribute in Excess of 500 Grams of a Mixture Containing a Detectable Amount of Cocaine on June 21, 2001, by the Honorable David S. Doty, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug/alcohol treatment, mandatory drug testing, and no firearms or dangerous weapons

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Antoine Donnell Morish was recently released from the custody of the Bureau of Prisons on June 25, 2008. In an effort to assist Antoine Donnell Morish in gaining and maintaining employment, it is requested the Court modify his conditions of supervision to include the District of Minnesota's employment condition. On July 15, 2008, Antoine Donnell Morish reviewed the proposed modification and executed a Prob 49, Hearing Waiver, offering no objection.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following: If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

SCANNED
JUL 16 2008
U.S. DISTRICT COURT MPLS

ORDER OF THE COURT

Considered and ordered this 15TH day of July, 2008, and ordered filed and made a part of the records in the above case.

Honorable David S. Doty
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Richard W. Hermes
U.S. Probation Officer

| | |
|---|---|
| Telephone: | 612-664-5368 |
| Executed on | July 15, 2008 |
| Place | Minneapolis |

☐ Order not executed. Please contact me to discuss this matter further.

Approved:

John G. Baskfield
Supervising U.S. Probation Officer
Telephone: 612-664-5365